USCA4 Appeal: 25-1492      Doc: 1      Filed: 05/02/2025      Pg: 1 of 1

FILED: May 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1492
(1:24-cv-00151-LMB-LRV)

_____

STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER, on behalf of The Employees Retirement System of The State of Rhode Island; LOCAL #817 IBT PENSION FUND

        Plaintiffs - Appellees

v.

THE BOEING COMPANY; DAVID L. CALHOUN; DENNIS A. MUILENBURG; BRIAN J. WEST; GREGORY D. SMITH

        Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:24-cv-00151-LMB-LRV |
| Date notice of appeal filed in originating court: | 05/02/2025 |
| Appellants | David L. Calhoun, Dennis A. Muilenburg, Gregory D. Smith, The Boeing Company and Brian J. West |
| Appellate Case Number | 25-1492 |
| Case Manager | Anisha Walker<br>804-916-2704 |