**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 2, 2025

_____

INITIAL FEE NOTICE IN
CIVIL, HABEAS & 2255 CASES

_____

No.   25-1492,        <u>In re: The Boeing Company Securities Litigation</u>
                     1:24-cv-00151-LMB-LRV

**DUE DATE: June 2, 2025**

TO:
Jacob Eden CohenRichard C. PeppermanJeffrey Bryan WallBenjamin L. HatchJudson Owen Littleton

According to the district court docket, the filing fee of **$605** for this appeal has not been paid to the district court and you have not been granted leave to proceed in forma pauperis by the district court. Unless you have paid the filing fee to the Clerk, U.S. District Court, or been granted leave to proceed in forma pauperis by the district court by the due date shown above, you must file an **IFP-Application to proceed in forma pauperis** with the court of appeals by the due date shown. Failure to comply will cause this court to initiate the process set forth in Local Rule 45 to dismiss the appeal for failure to prosecute.

Anisha Walker, Deputy Clerk
804-916-2704