No. 25-1492

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER, ON
BEHALF OF THE EMPLOYEES RETIREMENT SYSTEM OF THE STATE OF
RHODE ISLAND; LOCAL #817 IBT PENSION FUND,,

Plaintiffs-Appellees,

vs.

THE BOEING COMPANY; DAVID L. CALHOUN; DENNIS A.
MUILENBURG; BRIAN J. WEST; GREGORY D. SMITH,

Defendants-Appellants,

Appeal from the United States District Court
for the U.S. District Court for the Eastern District of Virginia
No. 1:24-cv-00151-LMB-LRB
The Honorable Leonie M. Brinkeman

MOTION TO WITHDRAW ATTORNEY APPEARANCES

Pursuant to Local Rule 46(c), Plaintiffs-Appellees respectfully request that the appearances of Christopher C. Johnson and Jonathan Zweig be withdrawn as counsel for Plaintiff-Appellee Local #817 IBT Pension Fund in this appeal.

Christopher C. Johnson and Jonathan Zweig recently departed the firm of Robbins Geller Rudman & Dowd LLP and will no longer be involved in the proceedings in this action, on appeal, or in the district court. Plaintiff-Appellee Local #817 IBT Pension Fund will continue to be represented in this appeal by Douglas Wilens, Andrew S. Love, Stephen F. Hubachek, and Mark Conover of Robbins Geller Rudman & Dowd LLP; and Deepak Gupta and Gregory Beck of Gupta Wessler LLP.

Counsel for Plaintiffs-Appellees has conferred with counsel for Defendants-Appellants, who stated that Defendants-Appellants do not oppose the relief requested.

DATED: February 12, 2026

ROBBINS GELLER RUDMAN
& DOWD LLP
DOUGLAS WILENS

_s/ Douglas Wilens_
DOUGLAS WILENS

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
dwilens@rgrdlaw.com

ROBBINS GELLER RUDMAN
    & DOWD LLP
STEVEN F. HUBACHEK
MARK CONOVER
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
shubachek@rgrdlaw.com
mconover@rgrdlaw.com

ROBBINS GELLER RUDMAN
    & DOWD LLP
ANDREW S. LOVE
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
alove@rgrdlaw.com

GUPTA WESSLER LLP
DEEPAK GUPTA
GREGORY BECK
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
deepak@guptawessler.com

*Attorneys for Plaintiff/Appellee*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court for the Fourth Circuit Court of Appeals by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*s/Douglas Wilens*
DOUGLAS WILENS
