# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: No. 25-1492         Date of Oral Argument: 05/07/26

Caption: In re The Boeing Company Securities Litigation

Attorney Arguing: Jeffrey B. Wall

Arguing on Behalf of (party name):

David L. Calhoun, Dennis A. Muilenburg, Gregory D. Smith, The Boeing Company and Brian J. West

Select party type:
☑ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
  →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
  →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Jeffrey B. Wall
Phone Number (day of argument): 202-956-7660

Principal Argument Time: 15                     Rebuttal Argument Time (if any): 5
(for appellants and appellees)                  (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:                        Rebuttal Argument Time (if any):
(for appellants and appellees)                  (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:            Select one of the following: ☐ Order allowing argument time
                                                       ☐ Court-Appointed Amicus

Signature: /s/ Jeffrey B. Wall           Date: 03/10/26

12/01/2024 NA