This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-1492     Date of Oral Argument: 05/07/2026

Caption: In re: The Boeing Company

Attorney Arguing: Deepak Gupta

Arguing on Behalf of (party name):

Local #817 IBT Pension Fund / State of Rhode Island Office of the General Treasurer

Select party type:
☐Appellant  ☑Appellee  ☐Appellant/Cross-Appellee  ☐Appellee/Cross-Appellant  ☐Amicus  ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Deepak Gupta
Phone Number (day of argument): (202) 246-0572

Principal Argument Time: 20          Rebuttal Argument Time (if any):
(for appellants and appellees)          (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:          Rebuttal Argument Time (if any):
(for appellants and appellees)          (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:          Select one of the following: ☐Order allowing argument time
                                                       ☐Court-Appointed Amicus

Signature: _[signature]_          Date: 03/10/2026