# In the United States Court of Appeals for the Fourth Circuit

In Re: The Boeing Company

State of Rhode Island Office of the General Treasurer,
on behalf of The Employees Retirement System of the State of Rhode Island;
Local #817 IBT Pension Fund;
*Plaintiffs-Appellees,*

v.

The Boeing Company; David L. Calhoun; Dennis A. Muilenburg;
Brian J. West; and Gregory D. Smith;
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Eastern District of Virginia
Case No. 1:24-cv-00151-LMB-LRV (The Hon. Leonie M. Brinkema)

## CORRECTED MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFFS-APPELLEES' PETITION FOR PANEL REHEARING AND REHEARING EN BANC

Carol C. Villegas
Christine M. Fox
Jake Edward Bissell-Linsk
Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700

Deepak Gupta
Gregory A. Beck
Gupta Wessler LLP
1400 16th Street, NW
Suite 225
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

(*Additional counsel on inside cover*)

July 26, 2026                    *Counsel for Plaintiffs-Appellees*

CHAD JOHNSON
NOAM MANDEL
JONATHAN ZWEIG
DESIREE CUMMINGS
ROBBINS GELLER RUDMAN &
DOWD LLP
420 Lexington Avenue
Suite 1832
New York, NY 10170
(212) 432-5100

July 26, 2026

DOUGLAS WILENS
ROBBINS GELLER RUDMAN &
DOWD LLP
225 NE Mizner Boulevard
Suite 720
Boca Raton, FL 33432
(561) 750-3000

*Counsel for Plaintiffs-Appellees*

The plaintiffs-appellees State of Rhode Island Office of the General Treasurer, on behalf of The Employees Retirement System of The State of Rhode Island, and Local #817 IBT Pension Fund, respectfully request a 30-day extension of the time within which to file a petition for panel rehearing and rehearing en banc, from August 3, 2026, to September 2, 2026. This is their first extension request. Counsel for the defendants-appellants The Boeing Company, David L. Calhoun, Dennis A. Muilenburg, Brian J. West, and Gregory D. Smith take no position on the requested extension. Plaintiffs-appellees submit that there is good cause for this request:

The lead appellate counsel for plaintiffs-appellees, Deepak Gupta, has an extraordinary number of pressing obligations that have taken up and will continue to take up substantial time over the next month. Mr. Gupta will be traveling from August 1 through August 11, and counsel on the team have other previously planned summer vacations and conference speaking engagements during this period that, in combination with existing deadlines, make an extension necessary. In addition, Mr. Gupta and his colleagues have the following deadlines over the next two months:

- A reply brief due in the U.S. Supreme Court in *Anderson v. Intel*, No. 25-498, on August 3;

- A reply brief due in the Ninth Circuit in *Lang v. Providence*, No. 25-7294, on August 3;

- A combined opening and answering brief due in the Nevada Supreme Court in *Escobia v. Raspperry*, Nos. 90213 & 89723, on August 7;

- A reply brief due in the Ninth Circuit in *Phlaum v. Navy Federal*, No. 25-7070, on August 10;

- An appellee brief due in the Court of Appeals of Virginia in *Zwerner v. Newport News School Board*, No. 0382-26-1, on August 12;

- A reply brief due in the Seventh Circuit in *Xu Lun v. Milwaukee Electric Tool Corp.*, No. 25-3347, on August 17;

- A response to amicus briefs in the New York State Court of Appeals in *Salter v. Meta*, No. APL-2025-00170, on August 17;

- An appellee/cross appellant's brief due in the Eighth Circuit in *Ball-Bey v. Chandler*, Nos. 26-1415 and 26-1419, on August 18;

- A response brief due in the Florida Fourth District Court of Appeal in *Casaretto v. Johnson and Johnson*, No. 4D2026-1014, on August 25; and

- A deferred joint appendix due in the Fourth Circuit in *CareFirst of Maryland v. Johnson and Johnson*, No. 26-1248, on August 26;

- A reply brief due in the U.S. Supreme Court in *Cantero v. Bank of America*, No. 25-1313, on August 26;

- A response to an amicus brief in the Washington Supreme Court in *Bennett v. Providence Health Services*, No. 1049374, on August 31; and

- A reply brief due in the Third Circuit in *In re Toronto-Dominion Bank/First Horizon Corporation Securities Litigation*, No. 26-1146, on September 2.

Counsel for The Boeing Company, David L. Calhoun, Dennis A. Muilenburg, Brian J. West, and Gregory D. Smith have indicated that they take no position on this request. No party will be prejudiced by the requested extension.

For the foregoing reasons, this motion for a 30-day extension of time to file State of Rhode Island Office of the General Treasurer and Local #817 IBT Pension Fund's petition for panel rehearing and rehearing en banc should be granted.

July 26, 2026

Respectfully submitted,

*/s/ Deepak Gupta*
DEEPAK GUPTA
GREGORY A. BECK
GUPTA WESSLER LLP
1400 16th Street, NW
Suite 225
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

CAROL C. VILLEGAS
CHRISTINE M. FOX
JAKE EDWARD BISSELL-LINSK
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700

CHAD JOHNSON
NOAM MANDEL
JONATHAN ZWEIG

3

DESIREE CUMMINGS
ROBBINS GELLER RUDMAN &
DOWD LLP
420 Lexington Avenue
Suite 1832
New York, NY 10170
(212) 432-5100

DOUGLAS WILENS
ROBBINS GELLER RUDMAN &
DOWD LLP
225 NE Mizner Boulevard
Suite 720
Boca Raton, FL 33432
(561) 750-3000

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 538 words, excluding the parts exempted by Rule 27(a)(2)(B). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

July 26, 2026

*/s/ Deepak Gupta*
DEEPAK GUPTA

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Fourth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

July 26, 2026

*/s/ Deepak Gupta*
DEEPAK GUPTA