FILED:  July 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1492
(1:24-cv-00151-LMB-LRV)

_____

STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER, on behalf of The Employees Retirement System of The State of Rhode Island; LOCAL #817 IBT PENSION FUND

Plaintiffs - Appellees

v.

THE BOEING COMPANY; DAVID L. CALHOUN; DENNIS A. MUILENBURG; BRIAN J. WEST; GREGORY D. SMITH

Defendants - Appellants

-------------------------------

FORMER OFFICIALS OF THE U.S. SECURITIES AND EXCHANGE COMMISSION AND LAW PROFESSORS; THE SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION

Amici Supporting Appellant

_____

O R D E R

_____

Upon consideration of appellees' motion for an extension of time to file

plaintiffs-appellees' petition for panel rehearing and rehearing en banc, the court

grants a 30-day extension.

.

For the Court

/s/ Nwamaka Anowi, Clerk