FILED: September 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1492
(1:24-cv-00151-LMB-LRV)

---

STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER, on behalf of The Employees Retirement System of The State of Rhode Island; LOCAL #817 IBT PENSION FUND

Plaintiffs - Appellees

v.

THE BOEING COMPANY; DAVID L. CALHOUN; DENNIS A. MUILENBURG; BRIAN J. WEST; GREGORY D. SMITH

Defendants - Appellants

------------------------------

FORMER OFFICIALS OF THE U.S. SECURITIES AND EXCHANGE COMMISSION AND LAW PROFESSORS; THE SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION

Amici Supporting Appellant

---

O R D E R

---

Upon consideration of appellants' unopposed motion to extend the deadline to file a response to appellees' petition for panel rehearing or rehearing en banc, the

Court grants the motion and extends the time for filing the response to September 24, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk