FILED: September 14, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1492
(1:24-cv-00151-LMB-LRV)

STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER, on behalf of The Employees Retirement System of The State of Rhode Island; LOCAL #817 IBT PENSION FUND

Plaintiffs - Appellees

v.

THE BOEING COMPANY; DAVID L. CALHOUN; DENNIS A. MUILENBURG; BRIAN J. WEST; GREGORY D. SMITH

Defendants - Appellants

------------------------------

FORMER OFFICIALS OF THE U.S. SECURITIES AND EXCHANGE COMMISSION AND LAW PROFESSORS; THE SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION

Amici Supporting Appellant

FINANCIAL ECONOMISTS; SECURITIES LAW PROFESSORS; CIVIL PROCEDURE SCHOLARS

Amici Supporting Rehearing Petition

# O R D E R

Upon consideration of the motions for leave to file brief of amicus curiae Financial Economists, Securities Law Professors, and Civil Procedure Scholars in support of appellees' petition for rehearing and rehearing en banc, the court grants the motions and accepts the amicus briefs as filed.

For the Court

/s/ Nwamaka Anowi, Clerk