FILED: October 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1492
(1:24-cv-00151-LMB-LRV)

---

STATE OF RHODE ISLAND OFFICE OF THE GENERAL TREASURER, on behalf of The Employees Retirement System of The State of Rhode Island; LOCAL #817 IBT PENSION FUND

Plaintiffs - Appellees

v.

THE BOEING COMPANY; DAVID L. CALHOUN; DENNIS A. MUILENBURG; BRIAN J. WEST; GREGORY D. SMITH

Defendants - Appellants

------------------------------

FORMER OFFICIALS OF THE U.S. SECURITIES AND EXCHANGE COMMISSION AND LAW PROFESSORS; THE SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION

Amici Supporting Appellant

FINANCIAL ECONOMISTS; SECURITIES LAW PROFESSORS; CIVIL PROCEDURE SCHOLARS

Amici Supporting Rehearing Petition

---

O R D E R

---

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Richardson, Judge Quattlebaum, and Judge Rushing.

For the Court

/s/ Nwamaka Anowi, Clerk